# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:10-CR-574-GMN (PAL) |
| JACQUES CLICHE, | ) ) | |
| Defendant. | ) | |

## AMENDED ORDER OF FORFEITURE

On August 24, 2011, defendant JACQUES CLICHE pled guilty to an Eight-Count Criminal Indictment charging him in Count One through Six and Eight with Wire Fraud, in violation of Title 18, United States Code, Section 1343, and was advised that $364,000.00 in United States Currency was subject to forfeiture based on his conviction. Docket #1, #19, #21.

This Court finds that JACQUES CLICHE shall pay a criminal forfeiture money judgment of $364,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JACQUES CLICHE a criminal forfeiture money judgment in the amount of $364,000.00 in United States Currency.

**DATED** this 23rd day of September, 2011.

_____
Gloria M. Navarro
United States District Judge